**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 18, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00667-CV

### IN RE DEBRA LEWIS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Civil County Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1043913**

## MEMORANDUM OPINION

On August 15, 2014, relator Debra Lewis filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator complains that the Honorable Theresa Chang, presiding judge of the Civil County Court at Law No. 2 of Harris Couny, entered void judgment in the underlying enforceable detainer action and also failed to hold

a hearing, failed to notify relator in writing of a default judgment, and issue a writ of possession not to be executed before the sixth day after signing the judgment.

Relator has not shown that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for temporary relief.


PER CURIAM

Panel consists of Justices Boyce, Jamison, and Brown.

2